Kent Jonas (State Bar No. 55001)
kjonas@nixonpeabody.com
Deborah R. Schwartz (State Bar No. 208934)
dschwartz@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 94111
Telephone:  (415) 984-8200
Facsimile:   (415) 984-8300

Attorneys for Defendant
FACTOR 5, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| JESSE HELTON; ALISHA PICCIRILLO; CHAD LOWE; individually and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>FACTOR 5, INC.; FACTOR 5, LLC; BLUHARVEST, LLC; WHITEHARVEST LLC; JULIAN EGGEBRECHT; HOLGER SCHMIDT; THOMAS ENGLE; and DOES 1-100<br><br>Defendants. | Case No.  C10-04927 SBA<br><br>**ORDER GRANTING NIXON PEABODY'S MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT FACTOR 5, INC.**<br><br>Date:  February 1, 2011<br>Time:  1:00 p.m.<br>Judge:  Hon. Saundra Brown Armstrong<br>Dept.:  Courtroom 1 |

The motion of Nixon Peabody LLP, by and through attorney Deborah Schwartz, to withdraw as counsel for defendant Factor 5, Inc. (erroneously sued as Factor 5, LLC and Factor 5, Inc.) (hereinafter "Factor 5") in the above-captioned matter came on regularly for hearing on February 1, 2011, at 1:00 p.m., the Honorable Saundra Brown Armstrong presiding.

Having considered the papers submitted by counsel, and good cause appearing, the Court hereby ORDERS that the motion is GRANTED.

///

///

1   It is ORDERED that Nixon Peabody LLP may withdraw from the representation of Plaintiff
2  Factor 5 and the Clerk of the Court shall enter the withdrawal of Nixon Peabody as counsel for Factor
3  5 in the record.
4   IT IS SO ORDERED.

5
6  DATED: 1/25/11                           _____
                                            Hon. Saundra Brown Armstrong
7                                           United States District Court Judge

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-

[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW                                                13236693.1
AS COUNSEL FOR DEFENDANT FACTOR 5, INC.
CASE NO. C10-04927 SBA