BARTLETT, LEADER-PICONE & YOUNG, LLP
MALCOLM LEADER-PICONE *(State Bar No. 104620)*
2201 BROADWAY, SUITE 803
OAKLAND, CA 94612
TELEPHONE: (510) 444-2404
FACSIMILE: (510) 444-1291

Attorneys for Defendants
JULIAN EGGEBRECHT, THOMAS ENGEL and
HOLGER SCHMIDT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HELTON; ALISHA PICCIRILLO; CHAD LOWE; individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FACTOR 5, INC.; FACTOR 5, LLC; BLUHARVEST, LLC; WHITEHARVEST, LLC; JULIAN EGGEBRECHT; HOLGER SCHMIDT; THOMAS ENGEL; and DOES 1-100,<br><br>Defendants. | Case No. C10-04927<br><br>**STIPULATION REQUESTING RESCHEDULING OF SETTLEMENT CONFERNCE BEFORE MAGISTRATE LAPORTE; and ORDER THEREON.**<br><br>**Current Date:** August 26, 2011<br>**Proposed Date:** September 22, 2011<br>**Next CMC:** September 14, 2011<br><br>Hon. Saundra Brown Armstrong |

**TO THE COURT:**

The parties hereto, through their respective counsel, do represent and stipulate as follows:

1. By Notice of Settlement Conference and Settlement Conference Order, entered on May 19, 2011, the Court notified the parties that the matter had been referred to Magistrate Judge Elizabeth D. Laporte for Settlement Conference; and that the Settlement Conference was scheduled for August 26, 2011.

/ / / /

**STIPULATION**

**-1-**

Case No. **C10-04927**

2. The Settlement Conference Order requires the presence of all parties with their counsel.

3. The three individual defendants, Julian Eggebrecht, Holger Schmidt, and Thomas Engel, all have a prior commitment on August 26th, in connection with the wedding of close friends.

4. Plaintiffs and their counsel are amenable to rescheduling of the Settlement Conference to accommodate the defendants' prior commitment, other than in the final week of September.

5. Magistrate Judge Laporte's clerk has indicated that September 22, 2011 might be available for the Settlement Conference, but that prior approval of the Court is required before the Conference can be rescheduled.

Accordingly, the parties request the Court's permission to reschedule the Settlement Conference.

DATED: June 3, 2011.   SMITH LILLIS PITHA LLP

BY: /s/ James Smith (SBN 190050)
  JAMES SMITH
  Attorneys for Plaintiffs
  JESSE HELTON; ALISHA PICCIRILLO; CHAD LOWE; individually and on behalf of all others similarly situated

DATED: June 3, 2011.   BARTLETT, LEADER-PICONE & YOUNG, LLP

BY: /s/ Malcolm Leader-Picone (SBN 104620)
  MALCOLM LEADER-PICONE
  Attorneys for Defendants
  JULIAN EGGEBRECHT, THOMAS ENGEL and HOLGER SCHMIDT

STIPULATION   Case No. C10-04927
-2-

## **ORDER**

Based upon the foregoing Stipulation of the parties, the Court orders that the Settlement Conference may be rescheduled to September 22, 2011, or such other date as the Magistrate Judge shall approve.

DATED: __6/14/11_____.    _____
Hon. Saundra Brown Armstrong
U.S. DISTRICT COURT JUDGE

**ORDER**                                                                                           Case No. **C10-04927**