James Smith (SBN 190050)
Damien P. Lillis (SBN 191258)
Martin L. Pitha (SBN 192447)
**SMITH LILLIS PITHA LLP**
400 Montgomery Street, Suite 501
San Francisco, California  94104
Telephone:    (415) 814-0405
Facsimile:    (415) 217-7011
jsmith@slplawfirm.com

Attorneys for Plaintiffs
JESSE HELTON, ALISHA PICCIRILLO,
CHAD LOWE, individually and on behalf
of all others similarly situated

Malcolm Leader-Picone
BARTLETT, LEADER-PICONE &
YOUNG LLP
2201 Broadway, Suite 803
Oakland, CA 94612
Telephone:  (510) 444-2404
Facsimile:  (510) 444-1291

Attorneys for Defendants
JULIAN EGGEBRECHT, HOLGER SCHMIDT
and THOMAS ENGEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HELTON; ALISHA PICCIRILLO; CHAD LOWE; individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> FACTOR 5, INC.; FACTOR 5, LLC; BLUHARVEST, LLC; WHITEHARVEST, LLC; JULIAN EGGEBRECHT; HOLGER SCHMIDT; THOMAS ENGEL; and DOES 1-100, <br><br> Defendants. | Case No. 4:10-cv-4927 SBA <br><br> **STIPULATION AND [PROPOSED] ORDER FOR SCHEDULING MATTERS RELATED TO INDIVIDUAL DEFENDANTS' MOTION FOR SUMMARY ADJUDICATION** |

        Plaintiffs Jesse Helton, Alisha Piccirillo, and Chad Lowe ("Plaintiffs" ) and Defendants

Julian Eggebrecht, Holger Schmidt, and Thomas Engel ("Individual Defendants")  hereby

1

STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE AND RELATED MATTERS

*(margin text)* SMITH LILLIS PITHA LLP  400 Montgomery Street, Suite 501  -814-0405 (t) 415-217-7011 (f)

jointly apply, by way of stipulation, for an Order concerning a briefing schedule for the Individual Defendants' recently filed Motion for Summary Adjudication and related scheduling issues.

The Individual Defendants filed their Motion for Summary Adjudication on October 20, 2011. Plaintiffs served the Individual Defendants with deposition notices for October 31, 2011 through November 2, 2011. The Individual Defendants and their counsel have indicated they are unavailable for deposition until December 13, 2011. The Motion for Summary Adjudication is scheduled for a hearing on March 6, 2012. Plaintiffs' opposition to the motion is currently scheduled for November 4, 2011.

It is hereby stipulated and agreed by and between the parties, through their respective attorneys of record, as follows:

1.  The Individual Defendants will make themselves available for depositions on December 13, 14, and 15, 2011, commencing at 9:00 a.m.

2.  Per FRCP 30(d)(2) the deposition shall be limited to seven hours.

3.  Current deadlines for the Individual Defendants' Motion for Summary Adjudication are vacated.

4.  Plaintiffs' Opposition to the Individual Defendants' Motion for Summary Adjudication shall be filed and served no later than January 9, 2012.

5.  The Individual Defendants' Reply papers shall be filed and served no later than January 24, 2012.

The parties to this stipulation believe that good cause exists and agree to this briefing and deposition schedule.

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

2

SMITH LILLIS PITHA LLP

400 Montgomery Street, Suite 501

-814-0405 (t) 415-217-7011 (f)

SMITH LILLIS PITHA LLP

-814-0405 (t) 415-217-7011 (f)

400 Montgomery Street, Suite 501

1  **IT IS SO STIPULATED:**

2

3  Dated:  October 27, 2011                    **SMITH LILLIS PITHA LLP**

4

5                                              By: _____/ s /_____
                                                    JAMES SMITH
6

7

8  Dated:  October 27, 2011                    **BARTLETT, LEADER-PICONE & YOUNG**

9

10

11                                             By: _____/ s /_____
                                                    MALCOLM LEADER-PICONE
12

13

14  **IT IS SO ORDERED**

15

16

17  Dated:  October  28 , 2011                 _____
                                                SAUNDRA BROWN ARMSTRONG
18                                              UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

                                3
STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE AND RELATED MATTERS