James Smith (SBN 190050)
Damien P. Lillis (SBN 191258)
Martin L. Pitha (SBN 192447)
**SMITH LILLIS PITHA LLP**
400 Montgomery Street, Suite 501
San Francisco, California  94104
Telephone:     (415) 814-0405
Facsimile:     (415) 217-7011
jsmith@slplawfirm.com

Attorneys for Plaintiffs
JESSE HELTON, ALISHA PICCIRILLO,
CHAD LOWE, individually and on behalf
of all others similarly situated

Malcolm Leader-Picone
BARTLETT, LEADER-PICONE &
YOUNG LLP
2201 Broadway, Suite 803
Oakland, CA 94612
Telephone:  (510) 444-2404
Facsimile:  (510) 444-1291

Attorneys for Defendants
JULIAN EGGEBRECHT, HOLGER SCHMIDT
and THOMAS ENGEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HELTON; ALISHA PICCIRILLO; CHAD LOWE; individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>      v.<br><br>FACTOR 5, INC.; FACTOR 5, LLC; BLUHARVEST, LLC; WHITEHARVEST, LLC; JULIAN EGGEBRECHT; HOLGER SCHMIDT; THOMAS ENGEL; and DOES 1-100,<br><br>            Defendants. | Case No. 4:10-cv-4927 SBA<br><br>**STIPULATION AND [PROPOSED] ORDER FOR SCHEDULING MATTERS RELATED TO PENDING MOTIONS** |

Plaintiffs Jesse Helton, Alisha Piccirillo, and Chad Lowe ("Plaintiffs" ) and Defendants

WhiteHarvest, LLC, Julian Eggebrecht, Holger Schmidt, and Thomas Engel (collectively

1
STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE AND RELATED MATTERS

*(left margin, vertical text)* SMITH LILLIS PITHA LLP    400 Montgomery Street, Suite 501    -814-0405 (t) 415-217-7011 (f)

"Defendants") hereby jointly apply, by way of stipulation, for an Order concerning a briefing schedule for (1) Defendants' Motion for Summary Adjudication and related scheduling issues, and (2) Plaintiffs' Motion for Collective Certification.

The individual Defendants' filed their Motion for Summary Adjudication on October 20, 2011.  Defendant WhiteHarvest, LLC subsequently joined in the motion.  The Motion for Summary Adjudication is scheduled for a hearing on March 6, 2012.  Plaintiffs' opposition to the motion is currently scheduled for January 9, 2012.

Due to scheduling conflicts, Plaintiffs will be unable to complete certain discovery prior to the current deadline for opposing the summary adjudication motion.  Plaintiffs served the following:

- Deposition notice for Andrea Horn (November 18, 2011)
- Deposition subpoena for Summit State Bank (December 2, 2011)
- Deposition notice for Katja Reitemeyer (December 9, 2011)
- Deposition subpoena for Electronic Arts, Inc. (December 16, 2011)
- Deposition subpoena for Netflix, Inc. (December 19, 2011)

On October 31, 2011, Plaintiffs served written discovery requests to the individual Defendants.  Counsel for the individual Defendants has indicated he was unaware of the discovery requests for December 8, 2011, and the individual Defendants have not yet responded to Plaintiffs' discovery requests.

Counsel for the individual Defendants has indicated that he will be out of the country on vacation from December 20, 2011 until January 5, 2012.

Due to scheduling conflicts, the parties have been unable to complete the discovery (above) and do not anticipate resuming depositions before January 11, 2012.

On October 26, 2011, Plaintiffs filed a Motion for Conditional Certification of a Collective Action under the Fair Labor Standards Act ("FLSA"), with a hearing date of March 20, 2012.  On December 15, 2011, Defendants requested a briefing schedule to respond to this Motion.

It is hereby stipulated and agreed by and between the parties, through their respective

2

STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE AND RELATED MATTERS

SMITH LILLIS PITHA LLP

400 Montgomery Street, Suite 501

-814-0405 (t) 415-217-7011 (f)

1   attorneys of record, as follows:

2        1.    Current deadlines for Defendants' Motion for Summary Adjudication are

3              vacated.

4        2.    Opposition to Defendants' Motion for Summary Adjudication shall be filed

5              and served no later than February 2, 2012.

6        3.    Defendants' Reply in support of the Motion for Summary Adjudication

7              shall be filed and served no later than February 16, 2012.

8        4.    Defendants' Opposition to Plaintiffs' Motion for Conditional Collective

9              FLSA Certification shall be filed no later than February 2, 2012.

10       5.    Plaintiffs' Reply in support of the Motion for Conditional Collective FLSA

11             Certification shall be filed no later than February 16, 2012.

12       6.    The parties agree that this stipulation (including the proposed briefing

13             schedule) does not waive Plaintiffs' ability to argue that Defendants'

14             opposition to the Motion for Conditional Collective FLSA Certification is

15             untimely.

16       The parties to this stipulation believe that good cause exists and agree to this briefing

17  schedule.

18

19  **IT IS SO STIPULATED:**

20  Dated:  December 23, 2011         **SMITH LILLIS PITHA LLP**

21

22

23            By: _____/ s /_____

24                JAMES SMITH

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE AND RELATED MATTERS

SMITH LILLIS PITHA LLP
-814-0405 (t) 415-217-7011 (f)
400 Montgomery Street, Suite 501

Dated:  December 23, 2011               **BARTLETT, LEADER-PICONE & YOUNG**



By:  _____/ s /_____
        MALCOLM LEADER-PICONE


Dated:  December 23, 2011               **LAW OFFICES OF KEITH MCALLISTER**



By:  _____/ s /_____
        KEITH MCALLISTER


**IT IS SO ORDERED**



Dated:  December 28, 2011               _____
        SAUNDRA BROWN ARMSTRONG
        UNITED STATES DISTRICT JUDGE

4

STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE AND RELATED MATTERS

SMITH LILLIS PITHA LLP

400 Montgomery Street, Suite 501

-814-0405 (t) 415-217-7011 (f)