James Smith (SBN 190050)
Damien P. Lillis (SBN 191258)
Martin L. Pitha (SBN 192447)
**SMITH LILLIS PITHA LLP**
400 Montgomery Street, Suite 501
San Francisco, California 94104
Telephone: (415) 814-0405
Facsimile: (415) 217-7011
jsmith@slplawfirm.com

Attorneys for Plaintiffs
JESSE HELTON, ALISHA PICCIRILLO,
CHAD LOWE, individually and on behalf
of all others similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HELTON; ALISHA PICCIRILLO; CHAD LOWE; individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACTOR 5, INC.; FACTOR 5, LLC; BLUHARVEST, LLC; WHITEHARVEST, LLC; JULIAN EGGEBRECHT; HOLGER SCHMIDT; THOMAS ENGEL; and DOES 1-100,<br><br>Defendants. | Case No. 4:10-cv-4927 SBA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

As set forth in the Administrative Motion to Seal filed by Plaintiffs Jesse Helton, Alisha Piccirillo, and Chad Lowe ("Plaintiffs"), Plaintiffs lodged with the Court the following documents containing information designated as "Confidential" under the provisions of the Protective Order in effect in this case:

(1) Portions of Plaintiffs Memorandum of Points and Authorities in Opposition to Defendants' Motion for Partial Summary Judgment ("Points and Authorities");

(2) Portions of the Declaration of James Smith in Opposition to Defendants' Motion for Partial Summary Judgment ("Smith Decl."); and

1
[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL

(3) The entirety of Exhibits I and K attached to the Smith Decl. (the "Exhibits")

The Points and Authorities, Smith Decl., and identified Exhibits contain some information relating to these Exhibits.

Having considered the Motion and supporting Declaration of James Smith in support of sealing, and good cause appearing therefore;

IT IS HEREBY ORDERED that the above-referenced documents are to be filed under seal.

Dated: 2/15/12

_____
HON. SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT JUDGE

2
[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL