James Smith (SBN 190050)
Damien P. Lillis (SBN 191258)
Martin L. Pitha (SBN 192447)
**SMITH LILLIS PITHA LLP**
400 Montgomery Street, Suite 501
San Francisco, California  94104
Telephone:   (415) 814-0405
Facsimile:   (415) 217-7011
jsmith@slplawfirm.com

Attorneys for Plaintiffs
JESSE HELTON, ALISHA PICCIRILLO,
CHAD LOWE, individually and on behalf
of all others similarly situated

Malcolm Leader-Picone
BARTLETT, LEADER-PICONE &
YOUNG LLP
2201 Broadway, Suite 803
Oakland, CA 94612
Telephone: (510) 444-2404
Facsimile: (510) 444-1291

Attorneys for Defendants
JULIAN EGGEBRECHT, HOLGER SCHMIDT
and THOMAS ENGEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HELTON; ALISHA PICCIRILLO; CHAD LOWE; individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACTOR 5, INC.; FACTOR 5, LLC; BLUHARVEST, LLC; WHITEHARVEST, LLC; JULIAN EGGEBRECHT; HOLGER SCHMIDT; THOMAS ENGEL; and DOES 1-100,<br><br>Defendants. | Case No. 4:10-cv-4927 SBA<br><br>**STIPULATION AND  ORDER FOR SLIGHLY MODIFIED SCHEDULING RELATED TO PENDING MOTIONS** |

Plaintiffs Jesse Helton, Alisha Piccirillo, and Chad Lowe ("Plaintiffs" ) and Defendants WhiteHarvest, LLC, Julian Eggebrecht, Holger Schmidt, and Thomas Engel (collectively

"Defendants") hereby jointly apply, by way of stipulation, for an Order concerning a briefing schedule for (1) Defendants' Motion for Summary Adjudication and related scheduling issues, and (2) Plaintiffs' Motion for Collective Certification.

It is hereby stipulated and agreed by and between the parties, through their respective attorneys of record, to make the following slight modification to the Court's previous scheduling Order as follows:

1. Current deadlines for Defendants' Motion for Summary Adjudication are vacated.

2. Opposition to Defendants' Motion for Summary Adjudication shall be filed and served no later than February 3, 2012.

3. Defendants' Reply in support of the Motion for Summary Adjudication shall be filed and served no later than February 16, 2012.

4. Defendants' Opposition to Plaintiffs' Motion for Conditional Collective FLSA Certification shall be filed no later than February 2, 2012.

5. Plaintiffs' Reply in support of the Motion for Conditional Collective FLSA Certification shall be filed no later than February 16, 2012.

The parties to this stipulation believe that good cause exists and agree to this briefing schedule.

**IT IS SO STIPULATED:**

Dated:  February 15, 2012                **SMITH LILLIS PITHA LLP**

By:  _____/ s /_____
      JAMES SMITH

Dated: February 15, 2012                    **BARTLETT, LEADER-PICONE & YOUNG**


By: _____/ s /_____
      MALCOLM LEADER-PICONE


Dated: February 15, 2012                    **LAW OFFICES OF KEITH MCALLISTER**


By: _____/ s /_____
      KEITH MCALLISTER


**IT IS SO ORDERED**


Dated: February 15, 2012                    _____
                                            SAUNDRA BROWN ARMSTRONG
                                            UNITED STATES DISTRICT JUDGE

3
STIPULATION AND [PROPOSED] ORDER RE SLIGHTLY MODIFIED BRIEFING SCHEDULE AND RELATED MATTERS