V:\CLIENT FILES\Document (Factor 5)\HELTON\PLEADINGS\C06.24.13\STIPULATION AND ORDER RE P'S FLSA MSA 062113 MLP.DOC

1  BARTLETT, LEADER-PICONE & YOUNG, LLP
   MALCOLM LEADER-PICONE *(State Bar No. 104620)*
2  2201 BROADWAY, SUITE 803
   OAKLAND, CA 94612
3  TELEPHONE: (510) 444-2404
   FACSIMILE: (510) 444-1291
4
5  Attorneys for Defendants
   JULIAN EGGEBRECHT, THOMAS ENGEL and
6  HOLGER SCHMIDT
7
8
9              **UNITED STATES DISTRICT COURT**
10          **NORTHERN DISTRICT OF CALIFORNIA**
11                **OAKLAND DIVISION**
12

| | |
|---|---|
| JESSE HELTON; ALISHA PICCIRILLO; CHAD LOWE; individually and on behalf of all others similarly situated, ) ) ) | No. C10-04927 SBA |
| Plaintiff, ) ) | **STIPULATION AND ORDER THEREON SETTING HEARING AND BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR SUMMARY ADJUDICATION OF FLSA CLAIMS.** |
| vs. ) ) | |
| FACTOR 5, INC.; FACTOR 5, LLC; BLUHARVEST, LLC; WHITEHARVEST LLC; JULIAN EGGEBRECHT; HOLGER SCHMIDT; THOMAS ENGEL; and DOES 1-100, ) ) ) ) ) | Prior Date: August 6, 2013 **New Date: August 27, 2013** Time: 1:00 p.m. |
| Defendants. ) ) ) | Ctrm.: 1, 4th Floor Hon. Saundra B. Armstrong |

        The parties hereto, through their respective counsel, do hereby stipulate and agree as

follows:

        1.      The current hearing date of August 6, 2013 for plaintiffs' Motion for Summary

                Adjudication of FLSA claims is vacated;

        2.      The plaintiffs' Motion for Summary Adjudication will be heard on August 27,

                2013;

**STIPULATION RE: PLAINTIFFS' MSA**                                          **Case No. C10-04927SBA**

-1-

3.      Any opposition to plaintiffs' Motion for Summary Adjudication shall be filed

and served no later than July 13, 2013; and,

4.      Any reply papers in support of plaintiffs' Motion for Summary Adjudication

shall be filed and served no later than August 20, 2013.

**SO STIPULATED.**

DATED:  June 21, 2013.                BARTLETT, LEADER-PICONE & YOUNG, LLP


                                      BY: /s/ *Malcolm Leader-Picone  (SBN 104620)*
                                          MALCOLM LEADER-PICONE
                                          Attorneys for Defendants
                                          JULIAN EGGEBRECHT, THOMAS ENGEL and
                                          HOLGER SCHMIDT

Dated:  June 21, 2013                 **SMITH LILLIS PITHA LLP**


                                      BY: /s/ *James Smith  (SBN 190050)*
                                          JAMES SMITH
                                          Attorneys for Plaintiffs
                                          JESSE HELTON, ALISHA PICCIRILLO, and
                                          CHAD LOWE

Dated:  June 21, 2013                 **LAW OFFICES OF KEITH MCALLISTER**


                                      BY: /s/ *Keith McAllister  (SBN 71857)*
                                          KEITH McALLISTER
                                          Attorney for Defendants
                                          BLUHARVEST, LLC; WHITEHARVEST LLC

**STIPULATION RE: PLAINTIFFS' MSA**                          **Case No. C10-04927SBA**

**-2-**

1  BARTLETT, LEADER-PICONE & YOUNG, LLP
   MALCOLM LEADER-PICONE *(State Bar No. 104620)*
2  2201 BROADWAY, SUITE 803
   OAKLAND, CA  94612
3  TELEPHONE:  (510) 444-2404
   FACSIMILE:   (510) 444-1291
4
5  Attorneys for Defendants
   JULIAN EGGEBRECHT, THOMAS ENGEL and
6  HOLGER SCHMIDT

7

8

9                  **UNITED STATES DISTRICT COURT**

10                **NORTHERN DISTRICT OF CALIFORNIA**

11                        **OAKLAND DIVISION**

12
   JESSE HELTON; ALISHA PICCIRILLO;      )  No.  C10-04927 SBA
13 CHAD LOWE; individually and on behalf of )
   all others similarly situated,        )
14                                        )  **ORDER UPON STIPULATION**
          Plaintiff,                      )  **SETTING HEARING AND BRIEFING**
15                                        )  **SCHEDULE FOR MOTIONS.**
   vs.                                     )
16                                        )
   FACTOR 5, INC.; FACTOR 5, LLC;         )
17 BLUHARVEST, LLC; WHITEHARVEST          )
   LLC; JULIAN EGGEBRECHT; HOLGER         )
18 SCHMIDT; THOMAS ENGEL; and DOES        )
   1-100,                                  )
19                                        )
          Defendants.                      )
20 _____)

21                              **ORDER**

22         Based upon the Stipulation of the parties, through their respective counsel, the Court

23 orders as follows:

24         1.      The current hearing date of August 6, 2013 for plaintiffs' Motion for Summary

25                 Adjudication of FLSA claims is vacated;

26         2.      The plaintiffs' Motion for Summary Adjudication will be heard on August 27,

27                 2013;

28

   **ORDER UPON STIPULATION**                                    **Case No. C10-04927SBA**
                                        **-1-**

3.  Any opposition to plaintiffs' Motion for Summary Adjudication shall be filed and served no later than July ~~15,~~ 12 2013; and,

4.  Any reply papers in support of plaintiffs' Motion for Summary Adjudication shall be filed and served no later than August ~~20,~~ 13 2013.

DATED:  __6/24/13_____.  _____

SAUNDRA BROWN ARMSTRONG
U.S. DISTRICT COURT JUDGE

---

**ORDER UPON STIPULATION**                                **Case No. C10-04927SBA**