BARTLETT, LEADER-PICONE & YOUNG, LLP
MALCOLM LEADER-PICONE *(State Bar No. 104620)*
2201 BROADWAY, SUITE 803
OAKLAND, CA 94612
TELEPHONE: (510) 444-2404
FACSIMILE: (510) 444-1291

Attorneys for Defendants
JULIAN EGGEBRECHT, THOMAS ENGEL and
HOLGER SCHMIDT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| JESSE HELTON; ALISHA PICCIRILLO; CHAD LOWE; individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FACTOR 5, INC.; FACTOR 5, LLC; BLUHARVEST, LLC; WHITEHARVEST LLC; JULIAN EGGEBRECHT; HOLGER SCHMIDT; THOMAS ENGEL; and DOES 1-100,<br><br>Defendants. | No. C10-04927 SBA<br><br>**STIPULATION AND ORDER THEREON SETTING HEARING AND BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR SUMMARY ADJUDICATION OF FLSA CLAIMS.**<br><br>Prior Date: August 6, 2013<br>**New Date: August 27, 2013**<br>Time: 1:00 p.m.<br>Ctrm.: 1, 4th Floor<br>Hon. Saundra B. Armstrong |

The parties hereto, through their respective counsel, do hereby stipulate and agree as follows:

1. The current hearing date of August 6, 2013 for plaintiffs' Motion for Summary Adjudication of FLSA claims is vacated;

2. The plaintiffs' Motion for Summary Adjudication will be heard on August 27, 2013;

**STIPULATION RE: PLAINTIFFS' MSA**      Case No. C10-04927SBA
-1-

3. Any opposition to plaintiffs' Motion for Summary Adjudication shall be filed and served no later than July 13, 2013; and,

4. Any reply papers in support of plaintiffs' Motion for Summary Adjudication shall be filed and served no later than August 20, 2013.

**SO STIPULATED.**

DATED: June 21, 2013.           BARTLETT, LEADER-PICONE & YOUNG, LLP

BY: /s/ *Malcolm Leader-Picone (SBN 104620)*
    MALCOLM LEADER-PICONE
    Attorneys for Defendants
    JULIAN EGGEBRECHT, THOMAS ENGEL and HOLGER SCHMIDT

Dated: June 21, 2013          **SMITH LILLIS PITHA LLP**

BY: /s/ *James Smith (SBN 190050)*
    JAMES SMITH
    Attorneys for Plaintiffs
    JESSE HELTON, ALISHA PICCIRILLO, and CHAD LOWE

Dated: June 21, 2013          **LAW OFFICES OF KEITH MCALLISTER**

BY: /s/ *Keith McAllister (SBN 71857)*
    KEITH McALLISTER
    Attorney for Defendants
    BLUHARVEST, LLC; WHITEHARVEST LLC

BARTLETT, LEADER-PICONE & YOUNG, LLP
MALCOLM LEADER-PICONE *(State Bar No. 104620)*
2201 BROADWAY, SUITE 803
OAKLAND, CA 94612
TELEPHONE: (510) 444-2404
FACSIMILE: (510) 444-1291

Attorneys for Defendants
JULIAN EGGEBRECHT, THOMAS ENGEL and
HOLGER SCHMIDT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| JESSE HELTON; ALISHA PICCIRILLO; CHAD LOWE; individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> FACTOR 5, INC.; FACTOR 5, LLC; BLUHARVEST, LLC; WHITEHARVEST LLC; JULIAN EGGEBRECHT; HOLGER SCHMIDT; THOMAS ENGEL; and DOES 1-100, <br><br> Defendants. | No. C10-04927 SBA <br><br> **ORDER UPON STIPULATION SETTING HEARING AND BRIEFING SCHEDULE FOR MOTIONS.** |

## ORDER

Based upon the Stipulation of the parties, through their respective counsel, the Court orders as follows:

1. The current hearing date of August 6, 2013 for plaintiffs' Motion for Summary Adjudication of FLSA claims is vacated;

2. The plaintiffs' Motion for Summary Adjudication will be heard on August 27, 2013;

**ORDER UPON STIPULATION**                  **Case No. C10-04927SBA**
-1-

3. Any opposition to plaintiffs' Motion for Summary Adjudication shall be filed and served no later than July ~~19~~ 12, 2013; and,

4. Any reply papers in support of plaintiffs' Motion for Summary Adjudication shall be filed and served no later than August ~~20~~ 13, 2013.

DATED: __6/24/13__ .  _____
SAUNDRA BROWN ARMSTRONG
U.S. DISTRICT COURT JUDGE

**ORDER UPON STIPULATION** **Case No. C10-04927SBA**

-2-