UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| JESSE HELTON, et al., | No. C 10-04927 SBA (LB) |
| Plaintiffs, | **NOTICE OF REFERRAL** |
| v. | [Re: ECF Nos. 103, 114] |
| FACTOR 5, INC., et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The district court has referred Plaintiffs' motion for default judgment against defendants Factor 5, Inc. and Factor 5, LLC (ECF No. 103), electronically filed on June 19, 2013, to the undersigned for a report and recommendation. Order of Reference, ECF No. 114. The motion was noticed for hearing before the district court on August 6, 2013.

The Court **VACATES** the current hearing date and **RESETS** it for hearing before the undersigned on August 15, 2013 at 9:30 a.m. in Courtroom C, 15th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California, 94102.

**IT IS SO ORDERED.**

Dated: July 24, 2013

LAUREL BEELER
United States Magistrate Judge

NOTICE OF REFERRAL AND HEARING DATE
C 10-04927 SBA (LB)