UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JESSE HELTON; ALISHA PICCIRILLO; CHAD LOWE; individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FACTOR 5, INC.; FACTOR 5, LLC; BLUHARVEST, LLC; WHITEHARVEST, LLC; JULIAN EGGEBRECHT; HOLGER SCHMIDT; THOMAS ENGEL; and DOES 1-100,<br><br>Defendants. | Case No: C 10-04927 SBA<br><br>**ORDER** |

On June 19, 2014, Plaintiffs filed a statement requesting the Court issue an order voluntarily dismissing their fourth and seventh claims for relief. Dkt. 202. The Court construes Plaintiffs' request as a motion to voluntarily withdraw its fourth and seventh claims for relief under Rule 15 of the Federal Rules of Civil Procedure. See Hells Canyon Preservation Council v. U.S. Forest Serv., 403 F.3d 683, 687-688 (9th Cir. 2005). The Court GRANTS Plaintiffs' motion. Plaintiffs' fourth and seventh claims for relief are DISMISSED without prejudice.

IT IS SO ORDERED.

Dated: 7/3/2014

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge