UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JESSE HELTON; ALISHA PICCIRILLO; CHAD LOWE; individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FACTOR 5, INC.; FACTOR 5, LLC; BLUHARVEST, LLC; WHITEHARVEST, LLC; JULIAN EGGEBRECHT; HOLGER SCHMIDT; THOMAS ENGEL; and DOES 1-100,<br><br>Defendants. | Case No: C 10-04927 SBA<br><br>**JUDGMENT** |

In accordance with the Orders issued by the Court on February 10, 2014 (Dkt. 173) and August 27, 2014 (Dkt. 206), IT IS HEREBY ORDERED THAT final judgment shall be entered against the individual Defendants[1] and in favor of the named Plaintiffs[2] and the opt-in plaintiffs[3] on their minimum wage claim under the Fair Labor Standards Act ("FLSA") in the amount of $3,353.60. Accordingly, the following individuals are awarded $3,353.60: Jesse Helton, Alisha Piccirillo, Chad Lowe, Alvin Leviste, Alan Purdy, Terence

---

[1] The individual Defendants are Julian Eggebrecht, Holger Schmidt, and Thomas Engel.

[2] The named Plaintiffs are Jesse Helton, Alisha Piccirillo, and Chad Lowe.

[3] The opt-in plaintiffs are Alvin Leviste, Alan Purdy, Terence Amato, Jason Jackson, Chris Crawford, Elie Klimos, Brandon Martynowicz, Allessandro Briglia, Jim Moore, and Dennis Crowley.

Amato, Jason Jackson, Chris Crawford, Elie Klimos, Brandon Martynowicz, Allessandro Briglia, Jim Moore, and Dennis Crowley.

IT IS SO ORDERED.

Dated: 8/28/2014

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge