UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JESSE HELTON; ALISHA PICCIRILLO; CHAD LOWE; individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FACTOR 5, INC.; FACTOR 5, LLC; BLUHARVEST, LLC; WHITEHARVEST, LLC; JULIAN EGGEBRECHT; HOLGER SCHMIDT; THOMAS ENGEL; and DOES 1-100,<br><br>Defendants. | Case No: C 10-04927 SBA<br><br>**ORDER OF REFERENCE**<br><br>Docket 210 |

On September 11, 2014, Plaintiffs filed a Motion for Attorney Fees' and Costs Under the FLSA. Dkt. 210. IT IS HEREBY ORDERED THAT this matter is REFERRED to Magistrate Judge Joseph C. Spero ("the magistrate") for a Report and Recommendation. See Civ. L.R. 72-1. Counsel will be advised of the date, time and place of appearance by notice from the magistrate.

IT IS SO ORDERED.

Dated: 9/18/2014

SAUNDRA BROWN ARMSTRONG
United States District Judge