1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| 8  JESSE HELTON; ALISHA PICCIRILLO; CHAD LOWE; individually and on behalf of 9  all others similarly situated, | Case No:  C 10-04927 SBA |
| 10           Plaintiffs, | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| 11        vs. | Docket 210, 222 |
| 12  FACTOR 5, INC.; FACTOR 5, LLC; BLUHARVEST, LLC; WHITEHARVEST, 13  LLC; JULIAN EGGEBRECHT; HOLGER SCHMIDT; THOMAS ENGEL; and DOES 1- 14  100, | |
| 15           Defendants. | |

16

17    On September 11, 2014, Plaintiffs filed a Motion for Attorney Fees' and Costs

18  Under the FLSA.  Dkt. 210.  On September 18, 2014, this matter was referred to Magistrate

19  Judge Joseph C. Spero ("the Magistrate") for a Report and Recommendation.  Dkt. 213.

20  On January 13, 2015, the Magistrate issued a Report and Recommendation in which he

21  recommends granting Plaintiffs' motion and awarding $113,120.00 in attorneys' fees and

22  $15,366.75 in costs.  Dkt. 222.

23    Any objections to the report and recommendation of a Magistrate judge must be

24  filed within fourteen days of receipt thereof.  Fed.R.Civ.P. 72(a); 28 U.S.C. § 636(b)(1).

25  The deadline to object to the Magistrate's Report and Recommendation was January 27,

26  2015.  See Fed.R.Civ.P. 6(a)(1); Fed.R.Civ.P. 72(a); 28 U.S.C. § 636(b)(1).  To date, no

27  objection to the Report and Recommendation has been filed.  In the absence of a timely

28  objection, the Court "need only satisfy itself that there is no clear error on the face of the

1   record in order to accept the recommendation."  Fed.R.Civ.P. 72, Advisory Committee

2   Notes (1983) (citing <u>Campbell v. U.S. Dist. Court</u>, 501 F.2d 196, 206 (9th Cir. 1974)); <u>see</u>

3   <u>also</u> <u>United States v. Reyna-Tapia</u>, 328 F.3d 1114, 1121 (9th Cir. 2003) ("The statute [28

4   U.S.C. § 636(b)(1)(C)] makes it clear that the district judge must review the magistrate

5   judge's findings and recommendations de novo *if [an] objection is made*, but not

6   otherwise.") (en banc).  The Court has reviewed the record on its face and finds no clear

7   error.  Accordingly,

8        IT IS HEREBY ORDERED THAT the Magistrate's Report and Recommendation

9   (Dkt. 222) is ACCEPTED and shall become the Order of this Court.  This Order terminates

10  Docket 210 and Docket 222.

11       IT IS SO ORDERED.

12  Dated:  1/30/15

13                                                    SAUNDRA BROWN ARMSTRONG
                                                      United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28